out in his dissent, if all dismissal orders entered under Rule 219 for failure to comply with discovery and pretrial conference orders are to be considered as dismissals for want of prosecution under section 24, the result would be to eliminate the most effective sanction for the disregard of those orders. In our opinion the General Assembly did not intend, by the plain language of section 24, to accomplish that result."

In our view, *Keilholz* applies here and dictates that we affirm the judgment of the trial court dismissing the refiled complaint and plaintiff's action.

Judgment affirmed.

EGAN, P. J., and BURKE, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROY CRUZ, Defendant-Appellant.

(No. 59638;

First District (1st Division)—October 21, 1974.

Opinion by Mr. JUSTICE HALLETT.

James J. Doherty, Public Defender, of Chicago (Suzanne M. Xinos, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael J. Polelle, Assistant State's Attorneys, of counsel), for the People.